UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TALYA SMITH | CIVIL ACTION |
| VERSUS | NO. 25-2013 |
| ORLEANS PARISH SHERIFF'S OFFICE | SECTION: "T"(3) |

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

On September 25, 2025, in the Notice of Deficiency, R. Doc. 2, Plaintiff was instructed within 21 days either to submit the filing fee or to return the completed Application to Proceed Without Paying Fees and Affidavit, which was provided to him. R. Doc. 2. Plaintiff did not do so. On November 7, 2025, the Court issued an Order instructing Plaintiff to show cause in writing by November 28, 2025, why his case should not be dismissed for his failure to either pay the filing fee or submit a certified pauper application. R. Doc. 3. Plaintiff again failed to do so. The Magistrate Judge then issued her Report and Recommendation on December 23, 2025, recommending that Plaintiff's complaint be dismissed without prejudice for failure to prosecute his case pursuant to Fed. R. Civ. P. 41(b), namely that he had failed to pay the filing fee or submit an application to proceed as pauper. R. Doc. 4. Plaintiff was given 14 days from the date of the Report and Recommendation to file an objection thereto. Instead of filing an objection, paying the filing fee, or submitting a pauper application, Plaintiff filed a "Response to the Notice of

Deficiency" on February 19, 2026, resubmitting the "Form to be Used by a Prisoner in Filing a Complaint under the Civil Rights Act, 42 U.S.C. § 1983" without either paying the filing fee or including an application to proceed as a pauper. R. Doc. 5. Thus, despite having been afforded several opportunities to cure the deficiency regarding the filing fee or the lack of a pauper application, he has failed to do so. Accordingly, the Court, having reviewed the pleadings *de novo*, agrees with the Report and Recommendation that Plaintiff's Complaint should be dismissed without prejudice.

Therefore,

**IT IS ORDERED** that Talya Smith's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 18th day of November, 2026.

**UNITED STATES DISTRICT JUDGE**